COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Francisco Arzate v. The State of Texas

Appellate case number:   01-12-01074-CR

Trial court case number: 1317247

Trial court:             232nd District Court of Harris County

On September 25, 2013, appellant filed "Appellant's Pro-Se Motion to Extend Time to Prepare and File a Pro-Se Motion for Rehearing of the September 16, 2013 Order Denying the Motion for New Appointed Counsel Filed September 11, 2013." The Motion is **DENIED**.

It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
                   ☒ Acting individually    ☐ Acting for the Court

Date:  October 1, 2013